**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ACORDA THERAPEUTICS, INC,

                  Petitioner,

-against-                                         23 **CIVIL** 223 (NRB)

                                                        **JUDGMENT**

ALKERMES PLC,

                  Respondent.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 4, 2023, Acorda has failed to establish that the Tribunal manifestly disregarded the law in rendering the Award. Acorda's petition to modify the Award in part is denied and the Award is confirmed in its entirety. Judgment is entered for Respondent; accordingly, the case is closed.

**Dated:**  New York, New York

      August 7, 2023

                                                              **RUBY J. KRAJICK**
                                                                     _____
                                                                       **Clerk of Court**

                                           **BY:**    *K. Mango*

                                                                         **Deputy Clerk**